UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAVANNA ROSE CARUCCI,

                            Plaintiff,                           **ORDER**

       -against-                                         25 Civ. 1415 (NSR)(JCM)

COMMISSIONER OF SOCIAL SECURITY,

                            Defendants.
------------------------------------------------------------X

       Notwithstanding the lapse in funding to the Department of Justice and the issuance on October 2, 2025, of an Amended Standing Order staying certain deadlines in civil cases where the Government is a party, the Plaintiff's reply in this case remains due on October 6, 2025.

Dated:  October 3, 2025
          White Plains, New York

                                                          **SO ORDERED:**

                                                            JUDITH C. McCARTHY
                                                            United States Magistrate Judge