**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SAVANNA ROSE C.,

                   Plaintiff,                          25 **CIVIL** 1415 (NSR)(GRJ)

        -against-                                  **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                   Defendants.
-----------------------------------------------------------X


       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 23, 2025, the Court has adopted the Report and Recommendation in its entirety. Plaintiff's motion is GRANTED, and the matter is remanded to the Social Security Administration for further proceedings consistent with the Opinion and the R&R. Defendant's motion seeking affirmance of the agency's determination is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
       December 29, 2025


                                    **TAMMI M. HELLWIG**
                                _____
                                  **Clerk of Court**

                **BY:**        K. mango

                                  _____
                                    **Deputy Clerk**